**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**JIMMY ROCHNER**                                                        **PLAINTIFF**

vs.                             **CASE NO. 4-06-CV-1622 GTE**

**UNION PACIFIC RAILROAD COMPANY**                        **DEFENDANT**

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon joint motion, the parties request that this action be dismissed with prejudice as a result of the settlement made between them. The Court finds that this case should be, and hereby is, dismissed with prejudice.

IT IS ORDERED this 7th day of January, 2008.

                                              /s/Garnett Thomas Eisele_____
                                            UNITED STATES DISTRICT JUDGE

Morgan & Chadick, L.L.P.
P. O. Box 38
Comfort, TX 78013
Attorneys for Plaintiff Jimmy Rochner


By:    /s/ S. Reed Morgan_____
     S. Reed Morgan
     srmorgan@reedmorganpc.com

Friday, Eldredge & Clark, LLP
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3522
Attorneys for Defendant Union Pacific Railroad Company


By:    /s/ Joseph P. McKay_____
     Joseph P. McKay
     jmckay@fec.net